IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00010-SAB |
| Plaintiff, | ORDER ON GOVERNMENT'S NOTICE OF MOTION FOR REVOCATION OF RELEASE ORDER PURSUANT TO 18 U.S.C. § 3145(a)(1) |
| v. | |
| DARNELL PEARSON, | |
| Defendants. | |

After consideration of the Government's Notice of Motion for Revocation of Release Order and the requested briefing and hearing schedule therein,

IT IS ORDERED that the de novo Detention Hearing will be heard at 9:30 a.m. on Friday, January 18, 2019 for oral argument.

IT IS SO ORDERED.

Dated:   __January 17, 2019__          _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES CHIEF DISTRICT JUDGE